Edward W. Floyd
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
efloyd@evw.com

*Attorneys for Plaintiff*

------------------------------------------------------------x
BRITISH MARINE PLC,

         Plaintiff,

  -against-

AAVANTI SHIPPING & CHARTERING LTD.,
ANIK INDUSTRIES,LTD., f/k/a MADHYA
PRADESH GLYCHEM INDUSTRIES LTD.,
and RUCHI SOYA INDUSTRIES LTD.,

         Defendants.
------------------------------------------------------------x

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

Civil Case No.: 13-cv-0075 (WHW)
ECF Case

**SUPPLEMENTAL PROCESS**

### THE PRESIDENT OF THE UNITED STATES OF AMERICA

**TO:**  The United States Marshal for the District of New Jersey
   (and process servers as designated by the Court) – **GREETINGS:**

  **WHEREAS,** a Verified Complaint has been filed in the United States District Court for the District of New Jersey on the 3rd day of January 2013 by

### BRITISH MARINE PLC, Plaintiff

against

### AAVANTI SHIPPING & CHARTERING LTD., ANIK INDUSTRIES, LTD. f/k/a MADHYA PRADESH GLYCHEM INDUSTRIES LTD., and RUCHI SOYA INDUSTRIES LTD., Defendants

in a certain action for breach of maritime contract wherein it is alleged that there is due and owing from the Defendants to the said Plaintiff the amount of $21,267,857.31 and praying that Process of Maritime Attachment and Garnishment against the said Defendants, and

**WHEREAS,** this process is issued pursuant to such prayer and requires that a garnishee(s) shall serve their answer(s), together with answers to any interrogatories served with the Complaint, within 21 days after service of process upon him and requires that Defendants shall serve its respective answers within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

**NOW, THEREFORE,** we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for, and if such property cannot be found that you attach other property, credit and effects to the amount sued for, in the hands of the following:

**EXTRACTS & INGREDIENTS LTD.**
**1 Gary Road, Union, NJ 07083**

**MORRE-TEC INDUSTRIES INC.**
**1 Gary Road, Union, NJ 07083**

to wit: all tangible and intangible property belonging to or being held for the Defendants, or in which the Defendants have any property interest whatsoever, including but not limited to vessels and their appurtenances, shares of stock or other financial instruments, any form of ownership interest in a business entity, bank accounts, proceeds from all types of financial instruments (including but not limited to swaps and other derivatives), any type of collateral, credits, bills of lading, effects, debts and monies, insurance proceeds, freights, sub-freights, charter hire, sub-charter hire, demurrage and despatch monies, documents of title, materials, cargo or fuel of any type, judgments or awards or claims, computer equipment, internet domain names, papers and/or

electronic records, intellectual property rights, and any other funds or property of any kind, in whatever form of:

**AAVANTI SHIPPING & CHARTERING LTD., ANIK INDUSTRIES, LTD. f/k/a MADHYA PRADESH GLYCHEM INDUSTRIES LTD., and RUCHI SOYA INDUSTRIES LTD.**

and that you promptly after execution of this process, file the same in this court with your return thereon.

**WITNESS,** the Honorable William H. Walls, United States District Judge, this /7/ day of April 2013.

_____
U.S.D.J.

**WILLIAM T. WALSH**
Clerk

_____
Deputy Clerk

Edward W. Floyd, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016
(212) 779-9910
Attorneys for Plaintiff

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*